

# Fourth Court of Appeals
## San Antonio, Texas

May 26, 2015

No. 04-15-00315-CV

Cearth **FAIRE**,
Appellant

v.

**FMP SA MANAGEMENT GROUP, LLC** d/b/a Food Management Partners, LLC, All Jones,
LLC, Allen J. Jones, Individually, Peter Donbavand, Individually, Peter Donbavand,
Individually, and Jason Kemp, Individually,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-16674
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

On May 20, 2015, Petitioner Cearth Faire petitioned this court for permission to appeal an interlocutory order that is not otherwise appealable. *See* TEX. R. APP. P. 28.3(a). Any other party's response or cross-petition is due on June 1, 2015. *Id.* R. 28.3(f); *id.* R. 4.1(a).

On May 21, 2015, Respondents FMP SA Management Group, LLC d/b/a Food Management Partners, LLC; All Jones, LLC; Allen J. Jones, Individually; Peter Donbavand, Individually; and Jason Kemp, Individually, filed an unopposed motion for a twenty-day extension of time to file a response to Cearth Faire's petition. *See id.* R. 28.3(f).

Respondents' motion is GRANTED; the response must be filed with this court by June 22, 2015. *See id.*

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court